JAMES M. NELSON - SBN 116442
ANGELA L. DIESCH  - SBN 256253
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
nelsonj@gtlaw.com; diescha@gtlaw.com

Attorneys for Defendants
Professional Bureau of Collections of Maryland, Inc.,
Professional Bureau of Collections, Inc.,
Michelle Zapata and Erik Brechbill

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN SWETE, an individual, | CASE NO. 2:09-CV-02099-FCD-KJM |
| Plaintiff, | |
| v. | **REQUEST FOR AN EXTENSION OF TIME TO FILE JOINT STATUS REPORT; ORDER** |
| PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., a Maryland Corporation; PROFESSIONAL BUREAU OF COLLECTIONS, INC., a California Corporation; MICHELLE ZAPATA, an individual, ERIK BRECHBILL, an individual, and DOES 1-10, inclusive, | Complaint Filed:         May 14, 2009 |
| Defendants. | |

///

///

///

///

Case No.: 2:09-CV-02099-FCD-KJM

1   The joint status report in this matter is currently due October 9, 2009.

2   The parties hereby respectfully request that the date for filing of the Joint Status Report be extended thirty days to November 9, 2009.

3   This request is made based on the fact that court's order dated September 22, 2009, denied Plaintiff's motion for remand as moot and gave Plaintiff leave to amend her complaint. Parties, therefore, request that the joint status report be due after such time as Plaintiff files her amended complaint.

4   Therefore, the parties respectfully request an extension of time to file the Joint Status Report in this matter.

Dated:  September 30, 2009              LAW OFFICES OF ERAN LAGSTEIN

                                        By:  /s/ Eran Lagstein (as authorized on 9/30/09)
                                             ERAN LAGSTEIN
                                             Attorneys for Plaintiff
                                             Erin Swete

Dated:  September 30, 2009              GREENBERG TRAURIG, LLP

                                        By:  /s/ Angela L. Diesch
                                             JAMES M. NELSON
                                             ANGELA L. DIESCH
                                             Attorneys for Defendants
                                             Professional Bureau of Collections of
                                             Maryland, Inc., Professional Bureau of
                                             Collections, Inc.; Michelle Zapata; Erik
                                             Brechbill

**ORDER**

IT IS SO ORDERED.

Dated: October 1, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE