IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ERIN SWETE,**                                          **CASE NO.  2:09-CV-2099 FCD KJM**

        **Plaintiffs,**                                 **MINUTE ORDER**

**vs.**

**PROFESSIONAL BUREAU OF COLLECTIONS**
**OF MARYLAND, et. al.,**

        **Defendants.**

___

       At a session of the United States District Court for the Eastern District of California, in the City of Sacramento, on October 9, 2009.

**PRESENT, THE HONORABLE FRANK C. DAMRELL, JR., JUDGE:**

       On October 9, 2009, plaintiff filed a First Amended Complaint.  Rule 15(a) of the Federal Rules of Civil Procedure allows a plaintiff to amend an original complaint as a matter of right before any responsive pleading is filed.  A defendant's Rule 12(b) and (f) motion is not a responsive pleading.  See St. Michael's Convalescent Hosp. v. State of Calif., 643 F.2d 1369, 1374 (9th Cir. 1980).  The amended complaint supersedes the original complaint in its entirety.  See London v. Coopers & Lybrand, 644 F.2d 811 (9th Cir. 1981).  Accordingly, a plaintiff's amended complaint generally renders moot a motion to dismiss the original complaint.  See St Michaels, 643 F.2d at 1374.

       As such, defendant(s) Motion to Dismiss (Docket #8), is hereby DENIED as MOOT and the hearing on said motion, set for November 13,  2009, is VACATED.  Defendants shall file a response to the First Amended Complaint within 30 days of the date of this order.

       **I hereby certify** that the foregoing is a true and correct statement of an order in the above captioned case this 9th day of October  2009.

                                                              **VICTORIA C. MINOR, CLERK**

                                             **By:  /s/ Monica Narcisse**
                                                      Monica Narcisse, Relief Courtroom Deputy