Stephen F. Danz, Esq., SBN 68318
**STEPHEN F. DANZ & ASSOCIATES**
11661 San Vicente Blvd., #500
Los Angeles, CA 90049
Telephone: 310.207.4568
Facsimile:  310.207.5006

Eran Lagstein, Esq., SBN 208023
**LAW OFFICES OF ERAN LAGSTEIN**
5900 Wilshire Blvd., 26th Floor
Los Angeles, CA 90036
Telephone: 323.330.0507
Facsimile:  323.330.0508

Attorneys for PLAINTIFF Erin Swete

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN SWETE, an individual; | Case No.: 2:09-CV-2099 FCD KJM |
| Plaintiff, | |
| vs. | **ORDER ON PLAINTIFF'S REQUEST FOR PAGE LIMIT EXTENSION ON REPLY TO OPPOSITION TO MOTION FOR REMAND** |
| PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.; a Maryland Corporation; PROFESSIONAL BUREAU OF COLLECTIONS, INC.; a California Corporation; MICHELLE ZAPATA, an individual; ERIK BRECHBILL, an individual; and DOES 1-10, inclusive; | Judge: Hon. Frank C. Damrell, Jr. |
| Defendants. | |

1

1  THIS COURT, for good cause appearing therefore, **HEREBY ORDERS, ADJUDGES, AND DECREES** that PLAINTIFF Erin Swete be permitted a page-limit extension on her Reply to Opposition to Motion for Remand ("Reply"), such that the Reply brief can be up to fifteen (15) pages in length, exclusive of the captions page and any table of contents/authorities.

DATED: November 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER ON PLAINTIFF'S REQUEST FOR PAGE LIMIT EXTENSION ON REPLY TO OPPOSITION TO MOTION FOR REMAND